# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL GUY LUNTSFORD, | ) | |
| Plaintiff, | ) | |
| v | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | CIVIL NO. 1:07 CV 159 |
| Defendant. | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* (#11) of Robert E. Hoskins, of the law firm of Foster Law Firm, L.L.P., P. O. Box 2123, Greenville, SC 29602, (864)242-6200, to appear as counsel for the plaintiff in this matter filed on August 8, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Robert E. Hoskins is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: August 13, 2007

Dennis L. Howell
United States Magistrate Judge