# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION
## 1:07cv159

| | |
|---|---|
| SAMUEL GUY LUNTSFORD, | )<br>) |
| Plaintiff | )<br>) **ORDER** |
| v | )<br>) |
| METROPOLITAN LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is here upon the court's consideration of a motion filed by the defendant entitled, "Defendant's Motion to Dismiss and to Strike Demand for Jury Trial" (#17). It appearing to the court that on October 11, 2007, the plaintiff filed a "Notice of Settlement" (#19) advising that all issues in the matter had been resolved and that the parties were finalizing settlement documents and anticipate filing a formal stipulation of dismissal in the immediate future.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the plaintiff and the defendant file such stipulation of dismissal on or before **November 19, 2007** or that the parties show good cause why such pleading has not been filed.

Signed: October 24, 2007

_____
Dennis L. Howell
United States Magistrate Judge