# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv159

| | |
|---|---|
| SAMUEL GUY LUNTSFORD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>METROPOLITAN LIFE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the parties' "Consent Motion to Dismiss" which has been signed by counsel for both parties.

The Court construes the motion as a stipulation of dismissal with prejudice.

**IT IS, THEREFORE, ORDERED** that the parties' motion is hereby construed as a stipulation of dismissal with prejudice and this case is hereby **DISMISSED WITH PREJUDICE** with each party to bear their own fees and costs.

Signed: November 28, 2007

Martin Reidinger
United States District Judge